# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OGANES TEROGANESYAN,<br><br>                     Petitioner,<br><br>              v.<br><br>CYNTHIS ENTZEL,<br><br>                     Respondent. | Case No. ED CV 16-02598-VBF (LAL)<br><br>**ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Amended Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Accordingly, IT IS ORDERED THAT:

1. The Amended Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and

///
///
///
///
///

3. The Clerk serve copies of this Order on the parties.

Dated: November 13, 2017

*Valerie Baker Fairbank*

_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE