JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OGANES TEROGANESYAN,<br><br>                              Petitioner,<br><br>                    v.<br><br>CYNTHIS ENTZEL,<br><br>                              Respondent. | Case No. ED CV 16-02598-VBF (LAL)<br><br>**FINAL JUDGMENT** |

Pursuant to the Order Dismissing the Action With Prejudice, **final judgment is hereby entered in favor of the respondent government and against petitioner Oganes Teroganesyan**.

Dated:  November 13, 2017

_Valerie Baker Fairbank_

_____

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE